ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATPAL SINGH CHEEMA,<br><br>                    Plaintiff,<br><br>          v.<br><br>USCIS, ET AL.,<br><br>                    Defendants. | CASE NO. 2:25-cv-3053-JDP<br><br>[PROPOSED] ORDER FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |

Good cause being established, Defendants' motion to stay this case until appropriations have been restored to the Department of Justice is granted. Defendants shall have 60 days from the date appropriations are restored to the Department to respond to the complaint. All other deadlines and appearances will be reset once funding is restored.

IT IS SO ORDERED.

Dated:   November 6, 2025                         _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE